```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMRIK S. DHODI,                                    JUDGMENT
                                                   05-CV- 4734 (ERK)
                    Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,


                    Defendant.
-----------------------------------------------------------------X
```

An Order of Honorable Edward R. Korman, United States District Judge, having been filed on May 9, 2006, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for the issuance of a fully favorable decision; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for the issuance of a fully favorable decision.

Dated: Brooklyn, New York
      May 09, 2006

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 15 2006 ★
BROOKLYN OFFICE